UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID JACOBSON (#558909)

VERSUS                                                        CIVIL ACTION

JAMES LEBLANC, ET AL                                          NUMBER 10-251-JVP-DLD

## ORDER

Before the court is the plaintiff's Motion for Extension of Time. Record document number 8.

On April 26, 2010, the plaintiff was ordered to pay an initial partial filing fee in the amount of $0.83. Plaintiff sought an extension of time to pay the initial partial filing fee.

IT IS ORDERED that the plaintiff is granted 45 days from the date of this order to comply with the court's order to pay an initial partial filing fee in the amount of $0.83. In all other respects, the plaintiff's motion is denied.

Signed in Baton Rouge, Louisiana, on May 11, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**