UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID JACOBSON (#558909)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 10-251-JVP-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 27, 2010 (doc. 20). Plaintiff has filed objection (doc. 21) to the report and recommendation which merely restates legal argument and does not require *de novo* findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

Baton Rouge, Louisiana, January 11, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA